# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SANDEEP S., | Case No. 25-cv-3451 (LMP/ECW) |
| Petitioner, | |
| v. | |
| KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*; IMMIGRATION AND CUSTOMS ENFORCEMENT; SAM OLSON, *Director, St. Paul Field Office, Immigration and Customs Enforcement*; and ERIC TOLLEFSON, *Sheriff of Kandiyohi County*, | **ORDER DISMISSING HABEAS PETITION** |
| Respondents. | |

Petitioner Sandeep S. filed a petition for a writ of habeas corpus challenging his detention by Respondents[1] pending his removal from the United States. *See generally* ECF No. 1. The parties have filed a joint stipulation in which Petitioner agrees to voluntarily dismiss his petition without prejudice, and the parties collectively agree to remand this matter to United States Immigration and Customs Enforcement ("ICE") for Petitioner's

---

[1] Respondent Eric Tollefson, the Sheriff of Kandiyohi County, Minnesota, where Petitioner is currently detained, ECF No. 1 ¶ 20, has not appeared or otherwise participated in these proceedings.

immediate release from immigration detention on an order of supervision with conditions pursuant to 8 C.F.R. § 241.5.  ECF No. 6.

Accordingly, based on the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. Petitioner Sandeep S.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**; and

2. This matter is **REMANDED** to ICE for Petitioner's immediate release from immigration detention as set forth in the parties' Joint Stipulation for Release of Petitioner and for Dismissal of Habeas Petition Without Prejudice (ECF No. 6).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 17, 2025         *s/Laura M. Provinzino*
                                  Laura M. Provinzino
                                  United States District Judge