# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Sandeep Singh,<br><br>Petitioner,<br><br>v.<br><br>Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Sam Olson, Eric Tollefson,<br><br>Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 25-cv-3451 LMP/ECW |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Sandeep S.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**; and

2. This matter is **REMANDED** to ICE for Petitioner's immediate release from immigration detention as set forth in the parties' Joint Stipulation for Release of Petitioner and for Dismissal of Habeas Petition Without Prejudice (ECF No. 6).

Date: 9/18/2025						KATE M. FOGARTY, CLERK